

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Rivka Ofir, Ph.D.

                                       **Plaintiff,**

V.

Transamerica Premier Life Insurance Company, a Corporation

                                         **Defendant.**

Civil Action No.  17cv1544-MMA(JMA)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant Transamerica's motion to dismiss and dismisses Plaintiff's claims with prejudice and without leave to amend. The Clerk of Court is instructed to enter judgment accordingly and to close this case.

Date:  3/6/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman

                                             R. Chapman, Deputy